UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                    Case No. 2:08-cr-29-FTM-29SPC

TIM WELLS
_____

**OPINION AND ORDER**

This matter is before the Court on defendant's *pro se* Motion Under Title 18 U.S.C. § 3582(c)(2) and U.S. Sentencing Guidelines § 1B1.10 for Reduction of Sentence Based on 2007 Guideline Amendment Which Became Effective on November 1, 2007 and Caused a Two-Level Reduction in Base Offense Level for Cocaine Base (Doc. #39) filed on December 22, 2008. Defendant seeks a reduction in his sentence in light of Amendment 706 to the United States Sentencing Guidelines, which reduces the base offense level for cocaine base offenses by two levels.

Defendant Wells was sentenced on September 29, 2008, and the Sentencing Guidelines utilized had already incorporated the Amendment 706 two level reduction. Since defendant has received the benefit of the amendment at the time of his original sentencing, he is not eligible for a sentence reduction.

Accordingly, it is now

**ORDERED**:

Defendant's *pro se* Motion Under Title 18 U.S.C. § 3582(c)(2) and U.S. Sentencing Guidelines § 1B1.10 for Reduction of Sentence Based on 2007 Guideline Amendment Which Became Effective on November 1, 2007 and Caused a Two-Level Reduction in Base Offense

Level for Cocaine Base (Doc. #39) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __15th__ day of January, 2009.

JOHN E. STEELE
United States District Judge

Copies:
AUSA Molloy
Tim Wells
U.S. Probation
U.S. Marshal
DCCD